**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JOSE MALDONADO, on behalf of himself and other similarly situated individuals,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-cv-7017** |
| | **Judge Jorge L. Alonso** |
| | **Magistrate Judge Young B. Kim** |
| **CF MANAGEMENT IL, LLC, d/b/a XSPORT FITNESS,** | |
| **Defendant.** | |

**ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL**

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of the Settlement Agreement and Dismissal of Plaintiff's Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    This Court hereby grants the Parties' Joint Motion for Court Approval of the Settlement Agreement and Dismissal of Plaintiff's Complaint.

2.    After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the Parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act, Illinois Minimum Wage Law and Illinois Wage Payment and Collection Act.

1

3.     The lawsuit is hereby dismissed without prejudice, that will become with prejudice twenty-one (21) days thereafter and after the required payments have been made, with each party to bear their own attorneys' fees and costs except as otherwise agreed.

**THIS CASE IS CLOSED.**

ENTERED:

2/2/17                                    _____
                                          Jorge L. Alonso
                                          United States District Judge